ALBERT REINLIEB, Appellant, *v.* HENRY S. KERBAUGH and Another, Defendants. PFEIFFER & CRAMES, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office August 1, 1927, directing substitution of attorneys and granting former attorneys a lien of twenty per cent upon any recovery in the action herein, and also from an order entered September 30, 1927, denying a motion for reargument.

PER CURIAM. The appeal from the order denying motion for reargument is dismissed. The order directing substitution will be modified by reducing the amount of the lien to five per cent and as so modified affirmed, with ten dollars costs and disbursements to the appellant. This affirmance is not predicated upon any criticism of the appellant's present attorney. We find nothing in the record to justify the criticism of him contained in respondent's brief and affidavits. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. Appeal from order denying motion for reargument dismissed. Order directing substitution modified by reducing the amount of the lien to five per cent and as so modified affirmed, with ten dollars costs and disbursements.

———

FIFTY-NINTH STREET IMPROVEMENT CORPORATION, Respondent, v. 107 WEST 58TH STREET CORPORATION and ALLERTON FIFTY-NINTH STREET CORPORATION, Appellants.— Under the peculiar circumstances of this case, the order appealed from is reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NORA CUMMINGS, Respondent, v. HARRY NEWMAN and Another, Appellants. PATRICK CUMMINGS, Respondent, v. HARRY NEWMAN and Another, Appellants.— Judgments reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the admission in evidence by the plaintiffs of a written statement impeaching the credibility of a witness called by the plaintiffs was, in this case, substantial error. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

NELSON MACY, Individually and as Executor, etc., of FRANCIS H. MACY, Deceased, Respondent, v. SUSAN A. BURCHILL and Another, Individually and as Executors, etc., of KATHERINE J. MACY, Deceased, and Others, Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.    [131 Misc. 602.]

SAMUEL M. MARCUS, as Receiver in Proceedings Supplementary, etc., Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.; Merrell, J., dissents.

SIEGFRIED KASSEWITZ, Doing Business, etc., Appellant, v. 640 PARK AVENUE CORPORATION, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the evidence presented an issue of fact as to the existence of an agency on the part of Mrs. Cater to act for the defendant. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.